CINCINNATI BAR ASSOCIATION *v.* WANG.

[Cite as Cincinnati Bar Assn. *v.* Wang (1991), 59 Ohio St. 3d 67.]

(No. 90-2534—Submitted February 13, 1991—Decided April 24, 1991.)

*Hollis A. Moore III* and *Richard J. Ruebel,* for relator.

*John H. Burlew,* for respondent.

*Per Curiam.* We concur in the board's findings of misconduct and in its recommendation. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.